**Order entered December 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00765-CV

**JD SHELTON ENTERPRISES LLC, Appellant**

**V.**

**AGL CONSTRUCTORS, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00188**

## ORDER

Before the Court is appellant's December 13, 2018 motion to extend time to file reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 16, 2019.

/s/    DAVID EVANS
        JUSTICE